PER CURIAM.

This is an action based on negligence tried by the Court without jury in which judgment was entered for the Plaintiff.

The above cause came on to be heard on the record, the briefs of the parties and the oral argnment of counsel, and the Court being duly advised;

Now, therefore, it appearing that the Findings of Fact and Conclusions of Law are supported by substantial evidence and are not clearly erroneous;

It is ordered, adjudged and decreed that the judgment of the District Court is affirmed.

And having been duly considered upon the oral arguments and briefs of attorneys and upon the record in the cause, this court is of opinion that the judgment of the district court awarding plaintiff the total amount of $38,381.43 [being a modification of plaintiff's claim mitigating damages] should be affirmed upon the basis of the opinion of United States District Judge Picard, D.C., 149 F.Supp. 52, consisting of his findings of fact and conclusions of law, dealing in detail with the issues involved.

Affirmed.

**ELLIOTT TRUCK PARTS, INC.,**
Appellant,

v.

**UNITED STATES of America,**
Appellee.

**UNITED STATES of America,**
Appellant,

v.

**ELLIOTT TRUCK PARTS, INC.,**
Appellee.

Nos. 13425, 13426.

United States Court of Appeals
Sixth Circuit.

Dec. 11, 1958.

Charles A. Bryan, Detroit, Mich., for Elliott Truck Parts, Inc.

Paul A. Sweeney, Howard E. Shapiro, Washington, D. C., Fred W. Kaess, U. S. Atty., Detroit, Mich., for the United States.

Before ALLEN, Chief Judge, and MARTIN and MILLER, Circuit Judges.

PER CURIAM.

This cause came on to be heard upon the appeal of Elliott Truck Parts, Inc., and upon the cross-appeal of the United States of America;

**UNITED STATES of America,**
Appellant,

v.

**George Gordon BONNYMAN and Isabel A. Bonnyman, Appellees.**

No. 13506.

United States Court of Appeals
Sixth Circuit.

Dec. 16, 1958.

Charles K. Rice, Lee A. Jackson, Harry Baum, Washington, D. C., and argued by Melvin L. Lebow, Dept. of Justice, Washington, D. C., John C. Crawford, Jr., Knoxville, Tenn., for appellant.

Fowler, Rowntree & Fowler, Knoxville, Tenn., argued by Samuel F. Fowler, Jr., Knoxville, Tenn., for appellees.

Before ALLEN, Chief Judge, and SIMONS and MARTIN, Circuit Judges.

PER CURIAM.

This case, brought here on appeal by the United States from the judgment of the United States District Court, has been heard and considered upon the oral arguments and briefs of attorneys and upon the record in the case;